RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015   82,653-01,02,
                        03,04

Abel Acosta, Clerk

December 7, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O.Box 12308, Capital Station
Austin, Texas 78711

RE: Tr.Ct.No. W10-21198-U(A)
               W10-55874-U(A)
               W09-73040-U(A)
               W09-20518-U(A)

C.C.A.No. WR-82,653-01
           WR-82,653-02
           WR-82,653-03
           WR-82,653-04

Dear Clerk,

I'm directing this letter to your office seeking a copy of
the docket sheet(s) in the above referenced cause numbers.

I'm requesting all entries of all filings submitted by me,
the dates of such filings, and the actions taken by the
Court.

Any attention and prompt response given to this request is
greatly appreciated.

Sincerely,

Terry C. Shelton
#480475 Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351


Cc: file